**FILED**

01/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0657

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0657

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DANIEL E. NEWBY,

Defendant and Appellant.

FILED

JAN 18 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Daniel E. Newby has filed a motion for a 60-day extension of time within which to file his opening brief. Appellant indicates that on December 21, 2021, he filed a "Motion for the Appointment of Council for an Indigent Pro Se Prisoner in a Writ of Habeas Corpus Proceeding," and he is waiting for the Court to rule on that motion before he files his opening brief.

Appellant filed the referenced motion in Cause No. OP 21-0659, *Newby v. Salmonsen*, an original proceeding matter. The Court denied the motion for appointment of counsel and dismissed the matter on January 11, 2022.

There is no pending motion for appointment of counsel in this appeal.

Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant's motion for extension is GRANTED. Appellant has until March 7, 2022, within which to file his opening brief.

DATED this 18 day of January, 2022.

For the Court,

_____
Chief Justice